# In the United States District Court
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KAABA MAJEED,<br>YUNUS RASSOUL,<br>a.k.a. YUNUS RASSOULL,<br>JAMES STATON,<br>a.k.a. ADAM WINTHROP,<br>RANOLPH RODNEY HADLEY,<br>DANIEL AUBREY JENKINS,<br>DANA PEACH,<br>ETENIA KINARD,<br>a.k.a. ETENIA KINNARD, and<br>JACELYN GREENWELL,<br><br>    Defendants. | Case No. 21-20060-JAR |

## ENTRY OF APPEARANCE

  Trial Attorney Kate Alexander hereby enters her appearance as an additional attorney of record for the plaintiff herein.

                Respectfully Submitted,

                KRISTEN CLARKE
                ASSISTANT ATTORNEY GENERAL

                */s/ Kate Alexander*
                KATE ALEXANDER, FL Bar No. 27393
                Trial Attorney
                US DOJ Civil Rights Division
                950 Pennsylvania Avenue NW
                Washington, DC 20530
                Tel: (202) 532-3373
                E-mail: Kate.Alexander@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

                                                     */s/ Kate Alexander*
                                                     Kate Alexander
                                                     Trial Attorney