IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>YUNUS RASSOUL,  )<br>    aka Yunus Rassoull  )<br>    Defendant.  ) | Case No. 21-20060—02-JAR |

## **YUNUS RASSOUL'S AMENDED PROPOSED WITNESS LIST**

**COMES NOW** Yunus Rassoull, by and through counsel Robin D. Fowler, and files his list of proposed witnesses. Mr. Rassoull respectfully asks that he be allowed to amend this list prior to or during trial should it become necessary.

1. All witnesses listed by any party
2. Henry Munoz
3. Akiba Majeed
4. Naim Majeed
5. Atim Muhammad
6. Laota D. Russell
7. Laota L. Russel
8. Ahad Russell
9. Wayman Favors
10. Omar Mustakeem
11. Ayesha Mustakeem
12. Rasheed Mustakeem
13. Myesha Jenkins
14. Nathan Ray

15. Asya Majeed
16. Anthony Brandon
17. Lamira Jenkins
18. Dena Barnwell
19. Joy Jones/Jenkins
20. Isaiah Jenkins
21. Deborah White
22. Yunus Rassoull

Respectfully submitted,

*/s/ Tricia A. Bath*
Tricia A. Bath             #18024

*/s/ Robin D. Fowler*
Robin D. Fowler            #11752
**BATH & EDMONDS, P.A.**
4000 W 114th Street, Suite 210
Leawood, KS 66211
(913) 652-9800; Fax (913) 213-1849
E-mail:  tricia@bathedmonds.com
robin@bathedmonds.com
**Attorneys for Yunus Rassoull**

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all interested parties.

*/s/ Tricia A. Bath*
Tricia A. Bath             #18024

2