IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| Plaintiff )  | |
| ) | |
| v. ) | Case No.  21-CR-20060-02-JAR |
| ) | |
| YUNUS RASSOULL, ) | |
| Defendant. ) | |

### YUNUS RASSOUL'S AMENDED PROPOSED EXHIBIT LIST

**COMES NOW** Yunus Rassoull, by and through counsel Robin D. Fowler, and files his list of proposed witnesses. Mr. Rassoull respectfully asks that he be allowed to amend this list prior to or during trial should it become necessary.

Respectfully submitted,

*/s/ Tricia A. Bath*
Tricia A. Bath            #18024

*/s/ Robin D. Fowler*
Robin D. Fowler          #11752
**BATH & EDMONDS, P.A.**
4000 W 114th Street, Suite 210
Leawood, KS 66211
(913) 652-9800; Fax (913) 213-1849
E-mail:  tricia@bathedmonds.com
robin@bathedmonds.com
**Attorneys for Yunus Rassoull**

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all interested parties.

*/s/ Tricia A. Bath*
Tricia A. Bath            #18024

## YUNUS RASSOUL'S AMENDED PROPOSED EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| √ | - Offered & Admitted w/o Objection | Ltd. | - Admitted for limited purposes |
| Ex. | - Offered, but objected to and excluded | X | - Offered & Admitted over objection |
| D.B. | - Admitted, de bene | N.O. | - Marked but not offered |
| S | -Admitted, under seal | W.D. | - Offered then withdrawn |

| Exhibit No. | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 2000 | | | | UNOI Certificate of Incorporation 6/7/93 |
| 2001 | | | | UNOI Certificate of Amendment 12/29/94 |
| 2002 | | | | UNOI By-laws |
| 2003 | | | | Original Laborers' Guide |
| 2004 | | | | Updated Laborers' Guide |
| 2005 | | | | Food for Life Supreme (FFLS) Certificate of Incorporation dated 1/30/07 |
| 2006 | | | | FFLS Corporate acts 1/3/107 |
| 2007 | | | | IRS letter 2/28/07 assigning EIN |
| 2008 | | | | FFLS Corporate act 10/7/07 |
| 2009 | | | | FFLS Corporate act 1/31/08 |
| 2010 | | | | FFLS Corporate act 1/31/09 |
| 2011 | | | | FFLS grants Power of Attorney to Jeri Greenwell |
| 2012 | | | | March 11, 2008 UNOI check signed by Jeri Greenwell |
| 2013 | | | | UNOI letter 2/22/10 revoking Jeri Greenwell banking authority on FFLS accounts |
| 2014 | | | | UNOI letter 2/23/10 revoking Jeri Greenwell banking authority on UNOI accounts; Liberty Bank |
| 2015 | | | | 2/23/10 Liberty Bank – UNOI resolution and new signer documents |

| | | | | |
|---|---|---|---|---|
| 2016 | | | | UNOI meeting minutes 4/28/11 |
| 2017 | | | | UNOI resolution removing Adam Winthrop 4/28/11 |
| 2018 | | | | 4/28/11 Liberty Bank—UNOI resolution and new signer documents |
| 2019 | | | | UNOI meeting minutes 5/27/11 |
| 2020 | | | | FFLS brochure |
| 2021 | | | | FFLS By-laws 2/25/07 |
| 2022 | | | | FFLS Narrative Description of Activities |
| 2023 | | | | UNOI properties list 4/17/09 |
| 2024 | | | | UNOI properties list 8/13/09 |
| 2025 | | | | UNOI phone lists 9/13/2006 |
| 2026 | | | | UNOI cellular phone lists |
| 2027 | | | | UNOI phone lists for FOI/MGT/Union of New Minds |
| 2028 | | | | Announcement from the Office of Health |
| 2029 | | | | School brochure |
| 2030 | | | | School rules |
| 2031 | | | | Waiver of Liability/Hold Harmless |
| 2032 | | | | Legal documents re: 2009 car accident |
| 2033 | | | | "Check Register" of donations |

|      |   |   |   |                                                    |
|------|---|---|---|----------------------------------------------------|
| 2034 |   |   |   | Dental requests 4/12/10                            |
| 2035 |   |   |   | Funds request 3/15/10                              |
| 2036 |   |   |   | Travel requests                                    |
| 2037 |   |   |   | Royall family 6/16/11                              |
| 2038 |   |   |   | Connecticut weekly financial report 9/26/10        |
| 2039 |   |   |   | Cheerful giving chart                              |
| 2040 |   |   |   | Connecticut weekly financial report 3/13/11        |
| 2041 |   |   |   | Connecticut weekly financial report 4/10/11        |
| 2042 |   |   |   | Connecticut weekly financial report 4/17/11        |
| 2043 |   |   |   | FFLS check register April 2011                     |
| 2044 |   |   |   | FFLS check register August/September 2011          |
| 2045 |   |   |   | Satterwhite series of emails June 30, 2011         |
| 2046 |   |   |   | Akiba email re: meeting with Father (Royall) 7/2/11|
| 2047 |   |   |   | Munson house photos (2)                            |
| 2048 |   |   |   | Jenny Lane house photos (2)                        |
| 2049 |   |   |   | Connecticut housing list full time                 |

|      |   |   |   |                                                       |
|------|---|---|---|-------------------------------------------------------|
| 2050 |   |   |   | Connecticut housing list part time                    |
| 2051 |   |   |   | Announcement of first Board conference call 7/15/11   |
| 2052 |   |   |   | Email 12/20/11 – Topics for upcoming board meetings   |
| 2053 |   |   |   | Email 5/3/11 – Splitting the board into two parts     |
| 2054 |   |   |   | Bank of America spending July 2010                    |
| 2055 |   |   |   | Bank of America balance September 2010                |
| 2056 |   |   |   | Bank of America spending December 2010                |
| 2057 |   |   |   | Bank of America statement request                     |
| 2058 |   |   |   | Information on horse purchase                         |
| 2059 |   |   |   | Address change for Royall's Valero credit card        |
| 2060 |   |   |   | Car registrations                                     |
| 2061 |   |   |   | Documents retaining Smith, Gabrell & Russell, LLP     |
| 2062 |   |   |   | August 2011 "Board" minutes                           |
| 2063 |   |   |   | Atlanta evaluations                                   |
| 2064 |   |   |   | Connecticut evaluations                               |
| 2065 |   |   |   | Dayton evaluations                                    |

|      |  |  |  |                                                |
|------|--|--|--|------------------------------------------------|
| 2066 |  |  |  | "Heaven" A & B evaluations                     |
| 2067 |  |  |  | Maryland evaluations                           |
| 2068 |  |  |  | North Caroline evaluations                     |
| 2069 |  |  |  | New Jersey evaluations                         |
| 2070 |  |  |  | Email plans 9/28/11                            |
| 2071 |  |  |  | Email plans 10/25/11                           |
| 2072 |  |  |  | Email plans 10/31/11                           |
| 2073 |  |  |  | Email plans 11/1/11                            |
| 2074 |  |  |  | Email plans 11/2/11                            |
| 2075 |  |  |  | Email plans 11/4/11                            |
| 2076 |  |  |  | Email plans 11/5/11                            |
| 2077 |  |  |  | Email plans 11/9/11                            |
| 2078 |  |  |  | Email re meeting about change to FFLS 11/15/11 |
| 2079 |  |  |  | Email building credit 12/27/11                 |
| 2080 |  |  |  | Email "Brining in funds" 4/15/12               |
| 2081 |  |  |  | Email plans 7/18/12                            |

|      |   |   |   |                                                      |
|------|---|---|---|------------------------------------------------------|
| 2082 |   |   |   | Email plans 8/6/12                                   |
| 2083 |   |   |   | Email leaving 12/14/11                               |
| 2084 |   |   |   | Email resigning 7/12/12                              |
| 2085 |   |   |   | Email enrolling in school 3/25/12                    |
| 2086 |   |   |   | FFLS incorporation status 9/14/11                    |
| 2087 |   |   |   | Foreign corporation application to Kansas 10/5/11    |
| 2088 |   |   |   | Payment of certification fee 2/23/12                 |
| 2089 |   |   |   | Amendment to Certificate of Incorporation April 2012 |
| 2090 |   |   |   | App. for Cert. of Authority North Carolina 10/26/11  |
| 2091 |   |   |   | Annual report FFLS North Carolina 2/13/12            |
| 2092 |   |   |   | Amended annual report FFLS North Carolina 3/1/12     |
| 2093 |   |   |   | App. for Cert. of withdrawal FFLS North Carolina     |
| 2094 |   |   |   | Email Goal Recommendation 1/11/12                    |
| 2095 |   |   |   | Email Goal Recommendation #2 1/13/12                 |
| 2096 |   |   |   | Return request 8/20/10                               |
| 2097 |   |   |   | Return request 3/19/11                               |

|      |   |   |   |                                                                         |
|------|---|---|---|-------------------------------------------------------------------------|
| 2098 |   |   |   | Return request 5/6/11                                                   |
| 2099 |   |   |   | Return requests compilation – part time                                 |
| 2100 |   |   |   | Satterwhite email 2/26/12                                               |
| 2101 |   |   |   | Bakery equipment inventory 1/9/12                                       |
| 2102 |   |   |   | Repair estimates 1996 Ford Econoline July-Oct 2012                      |
| 2103 |   |   |   | Repair estimates 1997 Caravan July-August 2012                          |
| 2104 |   |   |   | Repair estimates 2000 Odyssey August 2012                               |
| 2105 |   |   |   | Repair estimates 1997 Elantra August 2012                               |
| 2106 |   |   |   | Repair estimates 1995 Tercel August 2012                                |
| 2107 |   |   |   | Power of atty re 2002 Ford van                                          |
| 2108 |   |   |   | Power of atty re 1995 Ford F-350                                        |
| 2109 |   |   |   | Affidavit and title re 2008 Well 10/30/12                               |
| 2110 |   |   |   | Affidavit and title re 1985 Inl 12/17/12                                |
| 2111 |   |   |   | Real estate documents re selling 1303 N 36th Street – Feb. 2012-July 2012 |
| 2112 |   |   |   | Real estate documents re selling 616 N 9th Street— July 2012-October 2012 |
|      |   |   |   |                                                                         |

| | | | | |
|---|---|---|---|---|
| 2113 | | | | Real estate documents re selling 1608 N 13th Street—August 2012-October 2012 |
| 2114 | | | | Real estate documents re selling 1923 Nebraska – February 2012-October 2012 |
| 2115 | | | | Audio from North Carolina meeting August 2012 |
| 2116 | | | | Brian Lambert email 8/24/12 |
| 2117 | | | | Tymiah Kelly email 8/25/12 |
| 2118 | | | | Tymiah Kelly email 8/25/12 updated |
| 2119 | | | | Rashonna Brown email 8/28/12 |
| 2120 | | | | George Saabir email 8/28/12 |
| 2121 | | | | Donal Billups email 8/29/12 |
| 2122 | | | | Sharon email 8/29/12 |
| 2123 | | | | Brown Davis email 8/29/12 |
| 2124 | | | | Sophia Bolden email 8/29/12 |
| 2125 | | | | Email "I should have just snitched" with link 9/11/12 |
| 2126 | | | | Expenses 5935 Hampton Court September 2012 |
| 2127 | | | | Email Brian and Sabra expenses |
| 2128 | | | | Email Board considerations 12/20/11 |

|  |  |  |  |  |
|---|---|---|---|---|
| 2129 |  |  |  | Recommendation letter for Darlene Taylor |
| 2130 |  |  |  | Email re November paychecks |
| 2131 |  |  |  | Akiba email December 26, 2012 |
| 2132 |  |  |  | Email National announcements 12/31/12 |
| 2133 |  |  |  | Email Royall's "Emergency Call Out" 7/18/13 |
| 2134 |  |  |  | Photo The Striking of the Match Tour 2013 |
| 2135 |  |  |  | Photo Dayton/Temple Hlls 2013 |
| 2136 |  |  |  | Photo Royall |
| 2137 |  |  |  | Photo tour |
| 2138 |  |  |  | Photo Kansas City 13 |
| 2139 |  |  |  | Photo Kansas City 14 |
| 2140 |  |  |  | Photo Royall and crowd |
| 2141 |  |  |  | Photo Royall handshake |
| 2142 |  |  |  | Photo Yunus with his dad |
| 2143 |  |  |  | Photo Yunus with mom |
| 2144 |  |  |  | Photo Yunus at Diner |

|  |  |  |  |  |
|---|---|---|---|---|
| 2145 |  |  |  | Photos Yunus 40/3/01 |
| 2146 |  |  |  | Photos Yunus 9/26/01 |
| 2147 |  |  |  | Email to Yunus re Elijah Muhammad lawsuit 2013 |
| 2148 |  |  |  | Royall 2015 Atlanta speech (soundcloud audio) |
| 2149 |  |  |  | Final judgment of paternity Yunus v. Mariah Kelly |
| 2150 |  |  |  | Emergency Motion by Mariah Kelly November 2021 |
| 2151 |  |  |  | Bank of America Transaction history 5/2011-8/2011 |
| 2152 |  |  |  | Amira Kelly FB job at Landry's 2009 |
| 2153 |  |  |  | Amira Kelly FB job at T-Rex 2009 |
| 2154 |  |  |  | Amira Kelly FB job at Nando's |
| 2155 |  |  |  | Amira Kelly FB job at Hollywood Casino |
| 2156 |  |  |  | Amira Kelly FB leaving T-Rex 2012 |
| 2157 |  |  |  | Amira Kelly FB job history |
| 2158 |  |  |  | Amira/Royall tour photo 1 |
| 2159 |  |  |  | Amira/Royall tour photo 2 |
| 2160 |  |  |  | Fwd Answers needed 6/6/12 |

|      |   |   |   |                                                          |
|------|---|---|---|----------------------------------------------------------|
| 2161 |   |   |   | Original knowledge and our children                      |
| 2162 |   |   |   | Email Henry 2/5/12                                       |
| 2163 |   |   |   | Fwd: check deposit funds availability and notice of hold |
| 2164 |   |   |   | Checking the motion of our education                     |
| 2165 |   |   |   | Fwd CT—Nicollette King checking for compatibility        |
| 2166 |   |   |   | Fwd Requesting to Return to the Nation                   |
| 2167 |   |   |   | Fwd Royall and Reggie 7/26/11                            |
| 2168 |   |   |   | Enough is enough                                         |
| 2169 |   |   |   | Request to return K. Ross 3/15/11                        |
| 2170 |   |   |   | Fwd request to relocate 3/18/11                          |
| 2171 |   |   |   | Fwd Two travel requests                                  |
| 2172 |   |   |   | Fwd How to teach an ALLAH                                |
| 2173 |   |   |   | Fwd Sakina Pleasant                                      |
| 2174 |   |   |   | Fwd Thou art properly relieved                           |
| 2175 |   |   |   | Fwd Urgent relocation request                            |
| 2176 |   |   |   | Waiver of liability memo                                 |

|      |  |  |  |                                      |
|------|--|--|--|--------------------------------------|
| 2177 |  |  |  | I pray this is the right thing to do |
| 2178 |  |  |  | School survey 8/23/11                |
| 2179 |  |  |  | Fwd Board meeting conf call 8/5/11   |
| 2180 |  |  |  | Board conf call 7/20/11              |
| 2181 |  |  |  | Board conf call 7/22/11              |
| 2182 |  |  |  | Board conf call 7/29/11              |
| 2183 |  |  |  | Board conf call 8/3/11               |
| 2184 |  |  |  | Board conf call 8/8/11               |
| 2185 |  |  |  | Board conf call 8/10/11              |
| 2186 |  |  |  | Board conf call 8/15/11              |
| 2187 |  |  |  | Board conf call 8/17/11              |
| 2188 |  |  |  | Board conf call 8/24/11              |
| 2189 |  |  |  | Board conf call 8/29/11              |
| 2190 |  |  |  | Board conf call 9/7/11               |
| 2191 |  |  |  | Board conf call 9/14/11              |
| 2192 |  |  |  | Board conf call 10/5/11              |

|  |  |  |  |  |
|---|---|---|---|---|
| 2193 |  |  |  | Fwd Royall's request 6/10/11 |
| 2194 |  |  |  | Fwd Request 5/31/11 |
| 2195 |  |  |  | Fwd shift change |
| 2196 |  |  |  | Information for credit cards |
| 2197 |  |  |  | Fwd nation building 1 |
| 2198 |  |  |  | Fwd nation building 2 |
| 2199 |  |  |  | Fwd nation building 7 |
| 2200 |  |  |  | 2011-09-04 Natl Temple Mtg Recording |
| 2201 |  |  |  | Mariah to Akiba email 6/15/11 |
| 2202 |  |  |  | Urgent -private-not to be spoken about over the phone |
| 2203 |  |  |  | National announcement 12/13/10 |
| 2204 |  |  |  | Fwd Please call my mother |
| 2205 |  |  |  | 2012-05-11 Natl-Rep-Yunus speak the truth |
| 2206 |  |  |  | Fwd request to relocate |
| 2207 |  |  |  | Fwd Food for Life Supreme Atlanta 3/24/11 |
| 2208 |  |  |  | Acknowledgment of donation Nathan Ray |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, District of Kansas, the following numbered exhibits for which I will hold myself responsible:

_____                    _____
PRINTED NAME                            SIGNATURE