IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

KANSAS CITY DOCKET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | Case No. 2:21-cr-20060-JAR |
| **KAABA MAJEED,** | |
| **YUNUS RASSOUL,** | |
| **JAMES STATON,** | |
| **RANOLPH RODNEY HADLEY,** | |
| **DANIEL AUBREY JENKINS, and** | |
| **DANA PEACH,** | |
| **Defendants.** | |

## NOTICE OF DISSEMINATION OF GOVERNMENT'S AMENDED PROPOSED WITNESS LIST

The United States, by and through Trial Attorneys Kate Alexander, Maryam Zhuravitsky, and Francisco Zornosa, and Assistant United States Attorney Ryan Huschka, submits this notice to confirm that today the government provided its amended proposed witness list to the Court and counsel for the defendants.

Respectfully Submitted,

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: _/s/ Ryan J. Huschka_____
Ryan J. Huschka
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

By: */s/ Kate A. Alexander*
Kate A. Alexander
Trial Attorney
USDOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  202-353-3539
Email:  Kate.Alexander@usdoj.gov
FL Bar No. 27393

By: */s/ Maryam Zhuravitsky*
Maryam Zhuravitsky
Trial Attorney
USDOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  202-532-3592
Email:  Maryam.Zhuravitsky@usdoj.gov
MD Bar No. 1312190348

By: */s/ Francisco Zornosa*
Francisco Zornosa
Trial Attorney
USDOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  202 616-4588
Email: Francisco.Zornosa@usdoj.gov
NY Bar 5477245

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 2, 2024

/s/ *Ryan J. Huschka*

RYAN J. HUSCHKA
*Assistant United States Attorney*