district court of the United States

Kansas City Kansas

Kansas City Docket

500 State Avenue in Kansas City, Kansas

FILED
U.S. District Court
District of Kansas

AUG 09 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA

    Plaintiff

Vs.

Kaaba Majeed
Yunus Rassoul
James Staton
Randolph Rodney Hadley
Daniel Aubery Jenkins and
Dana Peach

    Defendants,

Case No. 2:21-cr 200060- JAR

## TAKE JUDICIAL NOTICE

## IN CAMERA NOTICE

## PRIVATE ATTORNEY GENERAL class, Rodney Dale

## AMICUS CURIAE FRIEND OF THE COURT

I, class, Rodney Dale by authority of Congress and supreme Court decision by enactment of legislation and supreme Court decision to act as a Private Attorney General and by the Rules of Court to Act as a party to the interest of justice to come before this district court as an Amicus Curiae.

As I was assisting the members of the United Nation of Islam in the federal case of Ross vs Jenkins (CASE# 17-2547-DDC-TJJ) and was listed on the docket to be kept informed of all Rulings as a Private Attorney General I now come forward with information in the same like kind manner as any Attorney or Prosecutor presents to the court only hearsay testimony. The one major difference between the Attorneys/Prosecutors and I, is that I have first-hand knowledge to which I will disclose to this district court in this filing.

First, let us point out some important issues before this Court that has been left out of this case:

1. "The Federal Rules of Appellate Procedure (FRAP) 29 covers the filing of amicus curiae briefs in federal courts. The term amicus curiae is Latin for "friend of the court" and refers to a person or group who is not a party to a case but has a strong interest in it. They may petition the court for permission to submit a brief, called an amicus brief, to influence the court's decision"

2. The second issue this district Court needs to be aware of is the following information about this case under the Brady Rule/Giglio Rule:

"The Brady rule, named after the 1963 US Supreme Court case Brady v. Maryland, requires prosecutors to disclose favorable evidence to the defense in criminal cases. This evidence is known as Brady material and can include exculpatory or impeaching information that could exonerate the defendant. Exculpatory evidence could include information that: Directly opposes guilt, Negates an element of the offense, Supports defense testimony, and Supports a defense motion."

"The Giglio rule, established by the 1972 Supreme Court case Giglio v. United States, requires prosecutors to disclose material evidence that could impeach a witness's credibility to the defense. This includes information about a witness's bias, impairment, or other factors that could make them unreliable. The rule applies to all witnesses, including law enforcement officers who are testifying for the prosecution"

With this court now being aware of the above issue that I'm assisting the United Nation of Islam (and its Membership) in a private attorney general status in the Ross v. Jenkins case many points of interest of this Community and in this current criminal case that has failed to be disclosed on the record.

**FIRST POINT OF ORDER THE COURT NEEDS TO BE AWARE OF:**

1. The United Nation of Islam is an all-volunteer community and contracts were agreed upon once you become a member of the community.

2. With the understanding once you have become a member, You were given work within the community in exchange for free housing, electric, water, trash pick-up, schooling, health care, and food meaning; everything that the outside world offers that requires monetary payment however, the community offered free living in exchange as it did cater to the public to exchange service for payment.

3. The main point was and is the parents of the minor children had to agree to receive this free exchange of benefits not just for themselves however, for their minor children as well.

4. Whereas in the system outside of the community there are trade schools such as for welding, construction, cooking, drafting, auto mechanics etc. which if you lived outside of the Community all these trade school has to be paid for to which the minors of the United Nation of Islam received for free because the parent was a member of this Community.

5. Point being in the Ross v Jenkins case in which a number of federal statutes were addressed showing that the federal government enlists volunteer workers with no benefits such as free health care, housing, food, schooling etc. How many lawyers before they become a lawyer are required to volunteer their time as part of the training before, they come out to earn wages for their work/sweat equity?

6. It was not uncommon for minors to travel outside of the Community with the parent(s) consent to attend trade schools to learn a skill to be a productive useful worker out of State and to live with other members of the community while being schooled.

7. In the traditional trade schooling, they offer a trade that requires payment, this is where United Nation of Islam had similar education programs but because of the membership in the community these schools are part of the benefits.

8. One point not being addressed is the "Parent" had to give consent for their minor children to travel and to be educated in these different avenues of work skills.

9. If the U.S. prosecutor is claiming a labor violation within the United Nation of Islam/community' educational program, then all other trade schools and all forms of education to learn a skill now requires the students to be paid and all volunteer service now shall be paid.

### SECOND POINT OF ORDER THE COURT NEEDS TO BE AWARE OF:

Now being a Private Attorney General and assisting in the United Nation of Islam and I, being aware of the facts of the Ross v Jenkins default and how that default came about was the willful failure of Royall Jenkins to answer even though he was never properly served.

1. However, by and through the United Nation of Islam/Community members being used as servicing registered agents and not as defendants on behalf of Royall Jenkins which barred them from addressing the claim.

2. Whereas the U.S. Prosecutors office has relied on this simple fact that Royall Jenkins default ruling is the foundation of their claims against these members of the United Nation of Islam's Community in this criminal case.

3. Under like equal justice under the law the UNITED STATES ATTORNEY'S OFFICE out of Washington, DC has likewise defaulted for failure to appear or respond to a lawful summon.

4. Now because a Quo Warranto with a Qui Tam has been filed against the UNITED STATES ATTORNEY'S OFFICE in Washington, DC and as their office has Willfully failed to respond by Appearance or by a filing in like manner as Royall Jenkins/United Nation of Islam was accused of for failure to respond.

5. Now, the UNITED STATES ATTORNEYS' OFFICE is declared to be willfully Abandoned and Vacated in the same manner the United Nation of Islam has been shut down in all the United States under a default.

Below is the heading and the case to which the UNITED STATES ATTORNEY'S OFFICE has defaulted.

| | |
|---|---|
| **STATE OF NORTH CAROLINA**<br>**County OF Rowan District 27**<br>**210 N Main St, Salisbury, NC 28144** | **IN THE GENERAL SUPERIOR COURT**<br><br>Case #24-cvs-149 |

class, Rodney Dale

North Carolina Native Citizens

And Registered Agent of North Carolina State

      Petitioner/ Plaintiff

Vs

District of Columbia, et al

United States Attorney Office, et al

United States Public Defender Office, et al

6. Your Office is more than welcome to confirm that the UNITED STATES ATTORNEY'S OFFICE has failed to act in the same manner as the claim against Royall Jenkins

7. Failure to respond is a Default.

8. The summons is clear and the federal regulations are clear that the job duty of the UNITED STATES ATTORNEY'S OFFICE is to comply with the Rules of Court, and

9. When there is a willful failure to file a response and know that there is a duty to perform and knowingly and willfully decline to comply with the law, that office comes into a default, and

10. When challenged under a Quo Warranto with a Qui Tam and there is no response this now shows this office has become Abandoned and Vacated in the same fashion the United Nation of Islam was required to shut down.

11. This cannot change the fact the UNITED STATES ATTORNEY'S OFFICE has defaulted on March 9, 2024, and Abandoned and Vacated that office on June 26, 2024.

12. The UNITED STATES ATTORNEY'S OFFICE has no standing and under equal standing of the law just like all members of the United Nation of Islam had to disperse and find employment, buy homes and pay bills and everything they knew inside the community has now changed in like manner the U.S. Attorneys no longer has an "Office of Employment" their office is closed under willful default.

13. Any further action is a violation of Brady/Giglio as the U.S. prosecutors and the defendants Attorneys have withheld all parents have given consent and has received benefits not just for themselves but for the minor children for skilled education for future employment.

## CONCLUSION

This case needs to be dismissed on the grounds of non-full disclosures and I, being a private attorney general in assisting the members and addressing the claims in the case of Ross v. Jenkins, and

As Kendra Ross herself has failed to respond in 10 court actions, in like manner she herself defaulted and failed to respond.

Kendra Ross was served in the same manner as Royall Jenkins but in like manner her Attorney of record was properly served on her behalf in the same manner as the members of the United Nation of Islam were served.

If a default is granted in one case, then a default has to be granted equally in all cases when a there is failure to respond by all defendants and that includes the UNITED STATES ATTORNEY'S OFFICE.

Take Notice of 5 USC 7311 and 18 USC 1918 and 18 USC 912 if the intent of holding a public Office Judge or Attorney is to willfully violation these Federal Statutes it is against the law

to hold that office and under the Bar Charter 36 USC 70503 willful refusal to support the Constitution and comply with the Rule of Court is an automatic disqualification of your Bar membership. This Now comes under the 14th amendment section 3 willful intention violations of your sworn Oath to the Constitution.

18 USC 4 Misprision of Felony is where the Court of the United States and it Court Officers is committing a felony as it state **(BY A )** court of the United States referring to the Court and It Officers not the defendants (Whoever, having knowledge of **the actual commission of a felony cognizable (by a)** court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both).

There is a third point being left out and that the point is the parents agreed to and has given consent and there is no parent(s) being charged in this action as the parent(s) received the benefits and this fact cannot be denied, And in like manner the minor children received the benefits as the parents did.

class, Rodney Dale Amicus Curiae  
Private Attorney General  
Federal Constitutional Bounty Hunter  
14th amendment section 4  
218 Water Moss Dr  
Cleveland, North Carolina 27013  
itsconstitutional@gmail.com  
class Rodney Dale




## CERTIFICATE MAIL OF SERVICE DATE

I, class Rodney Dale file for a In Camera Notice to be placed before the Judge upon receiving this.

class, Rodney Dale Amicus Curiae
Private Attorney General
Federal Constitutional Bounty Hunter
14th amendment section 4
218 Water Moss Dr
Cleveland, North Carolina 27013
itsconstitutional@gmail.com

*class Rodney Dale*




CC

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: */s/ Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-6754
Ryan.Huschka@usdoj.gov
KS Bar No. 23840

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL

By: */s/ Kate A. Alexander*
Kate A. Alexander
Trial Attorney
USDOJ Civil Rights Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Ph: (202) 353-3539
Email: Kate.Alexander@usdoj.gov

**Robin D. Fowler**
Bath & Edmonds, PA

4000 W. 114th Street, Suite 210
Leawood, KS 66211
913-652-9800
Fax: 913-213-1849
Email: robin@bathedmonds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tricia A. Bath**
Bath & Edmonds, PA
4000 W. 114th Street, Suite 210
Leawood, KS 66211
913-652-9800
Fax: 913-213-1849
Email: tricia@bathedmonds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Vanessa Marie Riebli**
Bath & Edmonds, PA
4000 W. 114th Street, Suite 210
Leawood, KS 66211
913-652-9800
Fax: 913-213-1849
Email: vanessa@bathedmonds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retaine*

**J. Justin Johnston**
Johnston Law Firm, LLC
811 Grand Blvd., #101
Kansas City, MO 64106
816-739-4538
Email: jjj@johnstonlawkc.com
*TERMINATED: 11/22/2021*
*Designation: CJA Appointment*

**Francisco Daniel Zornosa**
DOJ-Crt
Civil Rights Division
150 M Street NE, Ste. 7.119
Washington, DC 20002
202-598-0112
Email: francisco.zornosa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Kate Alexander**
DOJ-Crt
Human Trafficking Prosecution Unit
950 Pennsylvania Ave NW
Washington, DC 20530
202-532-3373
Email: kate.alexander@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maryam Zhuravitsky**
DOJ-Crt
Civil Rights Division - Criminal Section
950 Pennsylvania Ave NW
Washington, DC 20530
202-532-3592
Email: maryam.zhuravitsky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ryan Huschka**
Office of United States Attorney - KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6526
Email: ryan.huschka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Vasantha Rao**
DOJ-Crt
950 Pennsylvania Avenue NW
Washington, DC 20004
202-616-2576
Email: vasantha.rao@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

*U.S. MARSHAL OFFICE*
*Ronald L. Miller*
500 State Avenue
Kansas City, Kansas